

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-8-2003

# Otto v. PA State Ed Assoc

Precedential or Non-Precedential: Non-Precedential

Docket 01-3858

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Otto v. PA State Ed Assoc" (2003). *2003 Decisions.* Paper 660.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/660

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed April 8, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 01-3858

MARSHA OTTO; F. NAYLOR EMORY;
DENNIS A. ERB; ROBERT K. GILBERT;
JAMES W. LOSSELL; BARBARA J. MCALLEY;
WESLEY S. SEMPLE, On behalf of themselves
and all other non-members similarly situated

v.

PENNSYLVANIA STATE EDUCATION ASSOCIATION;
NATIONAL EDUCATION ASSOCIATION; SHALER AREA
EDUCATION ASSOCIATION, On behalf of themselves and
all other local associations similarly situated

Appellants

No. 01-4110

MARSHA OTTO; F. NAYLOR EMORY;
DENNIS A. ERB; ROBERT K. GILBERT;
JAMES W. LOSSELL; BARBARA J. MCALLEY;
WESLEY S. SEMPLE, On behalf of themselves
and all other non-members similarly situated,

Appellants

v.

PENNSYLVANIA STATE EDUCATION ASSOCIATION;
NATIONAL EDUCATION ASSOCIATION; SHALER AREA
EDUCATION ASSOCIATION, On behalf of themselves and
all other local associations similarly situated

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 96-cv-01233)
District Judge: Honorable Yvette Kane

Argued June 27, 2002

Before: AMBRO and STAPLETON, *Circuit Judges*,
and O'NEILL,* *District Judge*

(Opinion filed April 3, 2003)

Milton L. Chappell, Esquire (Argued)
W. James Young
National Right to Work Legal
 Defense Foundation
8001 Braddock Road, Suite 600
Springfield, VA 22160

   *Attorneys for Appellants/Cross-*
   *Appellees*

John M. West, Esquire (Argued)
Laurence Gold
Bredhoff & Kaiser
805 Fifteenth Street, N.W.,
 Suite 1000
Washington, D.C. 20005

Mark P. Widoff, Esquire
Pennsylvania State Education
 Association
400 North Third Street
P.O. Box 1724
Harrisburg, PA 17105

   *Attorneys for Appellees/Cross-*
   *Appellants*

* Honorable Thomas N. O'Neill, Jr., United States District Judge for the
Eastern District of Pennsylvania, sitting by designation.

## ORDER AMENDING SLIP OPINION

AMBRO, *Circuit Judge*:

It is now ordered that the published Opinion in the above case filed April 3, 2003, be amended as follows:

On page 12, on the second and third lines of the carryover paragraph, delete "— testing merely to be aware of the need for material modifications to financial disclosures —". On page 12, in the first full paragraph, after the word "accountant's" and before the word "procedures", insert "audit". In the following sentence (beginning "We do note, however, . . ."), insert the phrase "within the audit context" at the end of the sentence.

By the Court,

/s/ Thomas L. Ambro

Circuit Judge

Dated: April 8, 2003

A True Copy:
        Teste:

*Clerk of the United States Court of Appeals*
*for the Third Circuit*